UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RONALD HILL, | ) | CASE NO. 1:07 MC 27 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| STATE OF OHIO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff pro se Ronald Hill was enjoined from filing further lawsuits in this court in a memorandum of opinion filed on June 6, 2002 in Northern District of Ohio Case No. 1:02 CV 670. The basis for injunction was Hill's repeated filing of frivolous and duplicative lawsuits.

In the instant Miscellaneous Case, Hill seeks leave to file yet another civil rights lawsuit challenging a 1999 paternity finding (based on Hill's admission of paternity) and a related child support order.

The proposed complaint is untimely, duplicative and utterly without merit. Accordingly, the Motion Seeking Leave to File in this Miscellaneous Case is hereby denied. Further, plaintiff is enjoined from filing any further documents in this case, and any such documents submitted by plaintiff shall not be docketed by the clerk.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE